■ JACK SILVER, Respondent, v JIMSAM SALES CORPORATION et al., Appellants.—In an action to recover the balance due on certain promissory notes, the defendants appeal from a judgment of the Supreme Court, Westchester County (Burrows, J.), entered January 4, 1991, which granted the plaintiff's motion for summary judgment in lieu of complaint. The notice of appeal from a decision dated November 27, 1990, is deemed a premature notice of appeal from the judgment *(see,* CPLR 5520 [c]).

Ordered that the judgment is affirmed, with costs.

The defendants have failed to raise any triable issue of fact *(see,* CPLR 3212 [b]). Bracken, J. P., Lawrence, Miller, Copertino and Santucci, JJ., concur.

■ GAIL P. SPILLETT, Respondent, v TOWN OF BROOKHAVEN, Appellant. (And a Third-Party Action.)—Appeal by the defendant from (1) an order of the Supreme Court, Suffolk County (Copertino, J.), entered August 10, 1990, and (2) an order of the same court, entered August 13, 1990.

Ordered that the orders are affirmed, without costs or disbursements, for reasons stated by Justice Copertino at the Supreme Court. Thompson, J. P., Balletta, Rosenblatt and Eiber, JJ., concur.